**UNITED STATES**
**v.**
**EDWIN GONZALEZ, a/k/a "SANGRIENTO"**
**Cr. No. 15-10338-FDS**

**TRANSCRIPT OF EXCERPTS OF DECEMBER 13, 2015 RECORDING**

| | |
|---|---|
| EXHIBIT NO.: | 227 |
| TYPE: | Audio Recording Transcript |
| PARTICIPANTS: | CW-1 |
| | CHUCKY (VA) |
| | DEMENTE |
| | EXTRANO |
| | SUGAR |
| | HUMILDE |
| | SMILEY |
| | MOMIA |
| | DAKI |
| | ESPIA |
| | LINZER |
| | NECIO |
| | JOKER |
| | UM = UNIDENTIFIED MALE |

*****************************************************************************

(Start at 00:11:26)

CHUCKY (VA): Bring everything over to talk to you about the Program. The dudes over there told me to speak to you about everything and they told me that I could make decisions here and whatever else. What we want, dudes, is to organize everything up here, because we are seeing great differences amongst the cliques that keep talking and fighting over turf and all that and we are here to make something clear. That thing is established that way and that's how it will remain, homeboys. We can begin here with one point, which is the turf. Over here, it is true, dudes, that each turf has a name and the old guys know that it has been that way here for some time and they also know that each clique grabbed its space, but also keep in mind that right now, all the turfs are very neglected. They are neglected and one cannot go around removing people just because people come and want to bring others to work. You cannot remove them, since we are all from the Program. We can all work a turf wherever it may be, and it will be the work of MS13, homeboys. That was made clear, so what's up with you guys. You gave the UI to enter a Program, right?

*****************************************************************************

(Start at 00:16:33)

| | |
|---|---|
| EXTRANO: | Okay dog, the thing is that that the Joker from my clique who is down there in Barrios, like he already made a map, and that guy already did some hits in *Gadido* [PH], right?  So we have not started to get in, like you saying, you know what I mean?  But instead we have been killing there, dog, yes, yeah, man, the guys from the clique have been killing there too.  And we also got involved with that there getting rid of culeros also, you know? |
| CHUCKY (VA): | Okay. |
| EXTRANO: | So then there, yes, you know what I mean?  You, Pelito, are the one in charge there. |
| UM: | No. |
| EXTRANO: | You know? |
| UM: | Crazy—Crazy from my clique. |
| EXTRANO: | But uh, uh, Crazy . . .  Yes, I have seen Crazy before.  I was told that Crazy has been isolated for now. |
| UM: | No.  He was isolated, you know, because like you say, we made a hit, you know? |
| EXTRANO: | Okay, okay, yes. |
| UM: | So the homeboy has been isolated for a while, but now he is back on line. |
| CHUCKY (VA): | Yeah, but the thing is the fighting among yourself.  Coordinate yourselves.  You are three cliques that will remain there in that place, man. |
| UM: | That's large over there, bro.  It's large, Chucho, man.  There's no reason to be fighting, man.  [UI] |
| CHUCKY (VA): | [UI] in our program—in our program, all the cliques have to be united.  They have to be united, especially because of all the hits that are going to happen; these have to be coordinated and requested beforehand and they have to be evaluated to see whether they'll actually happen or not, homeboy, because look, there are cliques that are doing things here, man, and I hear about it a week later, after they did it and what's up with that?  They end up looking bad and they make us look bad too, bro. |

2

UM:                And they heat up the place.

CHUCKY (VA):       Uh-huh. That's what I'm saying. Look now, the Pinos guys have two meetings. Also, the guys over there, right? Those guys are not here. They are always there doing program stuff but when it's time to have a meeting they're never there, you know, homeboy. Imagine what they are saying concerning all the people they lost doing that. Doing what? Hits that they organized on their own, man, fucking stupid, man. And I think they went not far from this guy to do something that . . . after they did it, the cops came after the dudes. That's why I'm telling you that you need to work using your head and everyone united because there are people here who have performed some good hits and have done things right, man. Like some of these guys who have done something and didn't even make it known. I don't know if they did it or not but—

UM:                No, those guys are here.

CHUCKY (VA):       But one—but that business, man, that business there. This is why I'm telling you they need to plan it well and all the sons-of-bitches that are snitching, you know that the sons-of-bitches who are doing stuff . . . We are going to investigate them, man, and we are going to kill those sons-of-bitches so they can see what's up. Then, we'll even go after their family, what the program says, homie.

(End at 00:18:59)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(Start at 00:40:35)

SMILEY:            No problem, we left them alone. But not too long ago we were there with the homeboy, you know. When I arrived there, dog, I mean, the teacher is also in my clique, you know? So then, the teacher, when I arrived there outside or walk by she tells me to take off. You know? And I, dog, told the homeboy, you know? That if his teacher kicks me out like that again I was going to kill her, you know? And the homeboy was going to take a stand, that we would have to go through him, you know what I mean? I don't know what is going on, homeboy, you know? Once. The thing is that you sometimes--

MOMIA:             [OV] That's why, you know? We'll look into it, you know? The guy will come over and he needs to have evidence. You will need to have evidence, because yes, the truth, because, yeah . . . because just because you hear, I mean—

\*\*\*\*\*\*\*

| | |
|---|---|
| SMILEY: | If the homeboy, Diablito was here, dog, he would tell you too about how that teacher has talked to us, dog.  It is very disrespectful.  The teacher says she could fucking care less, dog.  You know? |

********

| | |
|---|---|
| HUMILDE: | Just bust her up for now. |
| MOMIA: | We need to get rid of those whores, we want to get rid of them, man. |

(End at 00:41:38)

****************************************************************************

(Start at 00:43:12)

| | |
|---|---|
| UM: | Dog, but let me tell you something, buddy.  You just got there, right? |
| UM2: | No, I have been— |
| UM: | A long time?  Well, but the ones that are witnesses.  If she was in some trouble but you need to watch the problem because it is about the Mara. |
| UM2: | [UI] Mara. |

********

| | |
|---|---|
| CHUCKY (VA): | But, they can't say yes either, that they need to go over you, [UI] dog.  Mara first, man.  [UI] people that [UI] also. |
| UM: | [UI] but every time I go by there or something like that she says [UI].  God, let's see, you know?  [UI] is going to see, homeboy says, you know?  Respect is something too, your word.  If he says, you know, okay, then fine and there's no problem. |
| UM2: | Oh, [UI]. |
| UM: | But [UI] to finish looking into it, about that woman is shitting on us [UI].  You will see, I am going to kill that woman. |
| UM2: | You need to find out then, get evidence, because that is first.  [UI] program all [UI]. |

(End at 00:44:15)

4

(Start at 01:03:07)

| | |
|---|---|
| CHUCKY (VA): | How many clique are there organized in the sector which work together? Some…? Is there Mara there? |
| DEMENTE: | No, because how many times have they had you pay [UI]? |
| CHUCKY (VA): | Nothing. No one from that sector. |
| DEMENTE: | Well, me, we were looking. I made them see before, well yes, but there— |
| CHUCKY (VA): | And how is it there with your clique? |
| CW-1: | No man, the main leader was pushing us down, you know what I mean? He was like, . . . I'm being honest. |
| CHUCKY (VA): | The old guy? |
| CW-1: | Yeah, man— |
| CHUCKY (VA): | Who is this guy? |
| CW-1: | Casper. |
| CHUCKY (VA): | And why don't you kill him? Why don't you get together— |
| CW-1: | Well, that is the plan we have right now. Since we're like only about 30, but we are all older. We are planning, like some seven homeboys who are the ones who co-ordinate. |
| CHUCKY (VA): | You are all older? |
| CW-1: | Yes. |
| CHUCKY (VA): | So why haven't you [UI]. |

*******

| | |
|---|---|
| CHUCKY (VA): | Why don't you all get together, the ones who are willing to meet this challenge because that guy is making your clique look bad, you can— |
| CW-1: | Yes, that's what we are talking about. That's why I am here, man, to face things. You know what I mean? To see what [UI]. Because the thing is that the guy, he is saying he is here but he doesn't run with anyone, you know? That's it. He will be independent. So what happens then? That we— |

*******

| | |
|---|---|
| DEMENTE: | That's why I say that we have to bring this guy, so he can face things. |
| CHUCKY (VA): | Okay, if you are willing to represent your clique and see what's up.  Uh, to organize with the homeboys who want to and tell them, look, homeboy, that's really not good. |
| DEMENTE: | But— |
| MOMIA: | Take him out. |
| CHUCKY (VA): | You yourself can come— |
| DEMENTE: | But this is very dangerous for these homeboys too. |

(End at 01:04:48)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(Start at 01:11:00)

| | |
|---|---|
| CW-1: | With the guys he is hanging out with, you know, if we are going to go get them then we need to do war. |
| UM2: | Yes. |
| CW-1: | Because the guys do have guns and— |
| UM2: | [UI] |
| UM3: | [UI] dog [UI]. |
| CW-1: | And yes, and—and—and the thing is that they don't—don't—don't give a break. |

*******

| | |
|---|---|
| CW-1: | [UI] dog.  Look, we—we won't go in with everything.  Let's start with—with—with the one who has the problem. |

*******

| | |
|---|---|
| UM2: | The thing is that that guy, the ones with him will die with him instead of you touching him. |
| UM: | He has them [UI], already. |

| | |
|---|---|
| MOMIA: | [UI] |
| UM3: | No man, that guy shows up and is like, my guys are like what's up? [UI] |

*******

| | |
|---|---|
| CHUCKY (VA): | We have a point there. We're going to touch that there. I'll speak for you there, dude, so we can see what's the deal. |
| MOMIA: | Well, if— |
| CHUCKY (VA): | And concerning the Silva [PH], uh, do you know about something that was going on over there, about [UI]? About one who was saying crazy stuff on Facebook and… |
| MOMIA: | Um-huh. |
| CHUCKY (VA): | —the Stone from your clique, do you remember the Stonder? |
| UM2: | Yes. |
| CHUCKY (VA): | That Stonder tried to get him. |
| MOMIA: | [UI] |
| CHUCKY (VA): | And that crazy guy, uploaded some photos making signs of a rival gang on Facebook and it said the guy said he was part of your clique. |
| MOMIA: | Mm-huh. What do you call [UI]? |
| UM3: | Orbin [PH]. |
| CHUCKY (VA): | Orbin? That nut knew everything [UI]. |
| UM3: | [UI] still [UI]. |
| CHUCKY (VA): | [UI] but there that guy made big trouble, what they did [UI]. |
| MOMIA: | I wanted to get rid of that guy, man. The thing is that the guy also had him [UI], that guy, Stonder, you know? The guy is backing him up, man, because the guy insulted him with words which he should not say. So [UI] this guy [UI] but he goes with—with him already in the process of coming in [UI]. |
| CHUCKY (VA): | Were you there at a date [UI]? |

| | |
|---|---|
| MOMIA: | No man, but I got there a week later after. I was released. It was a dangerous situation. They wanted to kill that guy right there where he lived in front of a park. |
| CHUCKY (VA): | Yes. Look where [UI]. |
| MOMIA: | And the thing is he was with [UI]. So then he was starting with us, a guy they called Spunky but . . . And a nut they call Trim, goes. So then with other guys, the guy says they didn't push in the knife, they grabbed him by the arms and the belly, you know? That's why the guy ended up on the ground, the guy, you know. But [UI] up just to [UI] when [UI]. |
| UM: | [UI] |
| UM3: | [UI] |
| MOMIA: | So what happens? Anyone [UI] but, he was starting out, so we could not even touch him or turn around to see but a— |
| UM3: | And that's it. |
| UM2: | They made trouble for him. |
| UM: | [UI] |
| UM2: | [UI] lately have gone up, dog, it has like five—five people, but like three more guys but they end up hallucinating [UI] doing signs and saying on Facebook they'd die for the gang. |

*******

| | |
|---|---|
| UM2: | [UI] the communication we sent him— |
| UM: | [UI] |
| UM2: | I don't know if it hasn't gotten to them. We gave them all of them here from the dog. |
| UM: | [UI] |
| UM2: | From those people but he didn't give us a replacement. |
| UM: | [UI] problem too [UI] the same, the publication, man. |
| UM: | Fucking right. |

8

| | |
|---|---|
| UM: | [UI] communication [UI].  He changes the number then later tells me that no, that he doesn't have, that he is not working , that he's broke and doesn't have money to pay for the phone. |

(End at 01:14:18)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(Start at 01:49:46)

| | |
|---|---|
| DEMENTE: | We have lost people there too. |
| UM: | [UI]  The guy, the dude that [UI] on Facebook-- |
| DEMENTE: | The guy's in jail.  [UI] in jail. |
| HUM: | And the guy who was killed there who was part of your clique? |
| DEMENTE: | No, he was a member  who had been killed— |
| HUM: | Uh-huh. |
| DEMENTE: | Uh-huh, but that member was killed [UI]. |
| UM: | So then when [UI]. |

(End at 01:49:56)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(Start at 01:59:35)

| | |
|---|---|
| UM: | Is Crazy there now? |
| HUMILDE: | Yes. |
| UM: | There are a lot of guys there that are hanging out there these days, they have been there. |
| HUMILDE: | Uh-huh, that's right. |
| CHELE: | [UI]  And you need to teach all those guys.  Look—look—look at the photo, what just happened to the guys that are snitching. |
| CHUCKY (VA): | The danger is that tomorrow all of you [UI]. |

9

| | |
|---|---|
| CHELE: | No, but these guys opened their mouths, the whole and what cliques are operating in the area. |
| UM2: | Dog, I have said they call him Flaco, that guy they call Flaco, hangs out with a guy they call Seco, I smoked with that guy before. There's a guy there they call Seco. Seco, was smoking pot. |

(End at 2:00:11)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(Start at 02:02:00)

| | |
|---|---|
| CHUCKY (VA): | We are almost finished here, but we wanted to talk to you a little while so that you could talk to them… Thirteen cliques came, but not all of them came, buddy. .. Alright, wait, I'm going to put them on one at a time… Alright… |
| SMILEY: | What's up, doggie? ... I am SMILEY from Psycho Locotes… |
| CHUCKY (VA): | Pass it to the next guy… |
| SMILEY: | Alright, I am passing you on, doggie… |
| MOMIA: | Hello, doggie. I am MOMIA from Columbus, doggie… |
| UM4: | What's up. I am UI from UI Locotes. UI… |
| DAKI: | What's up dog? I am DAKI from Silva. |
| VIEJO HUMILDE: | What's up, dog. I am OLD HUMILDE [Viejo Humilde] from the Virginias. |
| UM7: | What's up, doggie. This is LLAMA from UI. |
| ESPIA: | What's up, bro'. ESPIA SANTA MARIA from UI. |
| LINZER: | Hello doggie. I'm LINZER from Gangster Little Psychos, dog. |
| CW-1: | What's up, bro'. I am [REDACTED] from East Side, dog. |
| NECIO: | NECIO from Uniones Locotes, dog… What's up? NECIO from Uniones Locotes, dog… Alright. |
| DEMENTE: | DEMENTE from Molinos, homeboy. |

10

| | |
|---|---|
| JOKER: | What's up? JOKER from Cabañas, homeboy. |
| CHELE: | What's up? CHELE from Centrales, dog. |
| CHUCKY (VA): | Alright, homeboy. Those are the homeboys UI that are present. The other cliques didn't come, doggie... What's up? |
| SUGAR: | What's up? |
| UM1: | The other cliques didn't come, doggie; there are still quite a few that are missing… |

(End at 02:04:18)

*************************************************************************

(Start at 02:28:02)

| | |
|---|---|
| DEMENTE: | I want to bring up something before we close, bro. |
| CHUCKY (VA): | Okay. |
| DEMENTE: | Concerning a territory, you know what I mean? It's Chelsea, man. It belongs to the Chelsea Locotes, but the Chelseal Locotes, brother— |
| CHUCKY (VA): | They don't want anything. |
| DEMENTE: | They're not there. They're not there right now. |
| CHUCKY (VA): | No one is there. |
| DEMENTE: | No one is there. And, one day there were a bunch of rival gang members [UI]. |
| CHUCKY (VA): | So we need to put in work, because you want to be well-organized [UI]. |
| DEMENTE: | And, and [UI]. |
| UM: | [UI] gone and I can't do anything on my own. |
| DEMENTE: | Uh-huh. |
| UM: | We need to support him, then. |

11

|  |  |
|---|---|
|  | [ON SPEAKER PHONE:] |
| SUGAR: | Go and look and UI. UI. |
| UM1: | You are on speaker-phone, homeboy. |
| SUGAR: | UI. UI this meeting. A UI for all of you. |
|  | [Many voices respond] |
| SUGAR: | The reason that this meeting was held over there UI as you know, certain points were discussed. I am the runner for down here, from El Salvador, from the Program. Not many know me over there. I am SUGAR from the Everett Locos, you know. We are here as representatives of the program. Out here in the street in Sibar, you understand? One of the points that was discussed there I believe, was Unity and brotherhood that we all must share. …everyone together when the time comes to carry out some action… Because the result is that many of the cliques up there are very independent and stupidly insist that this is their side, others are somewhere else with their side, and in the meanwhile, the enemy are filling up the turfs around us, you know? |
| GROUP: | That's right, sir. |
| SUGAR: | So what we are asking is total cooperation. Let us work as Mara Salvatrucha MS-13 that we are, do you understand? Let us not UI, well yes, that we swore this, that it was that, that no one can do it that way, and so on. No. Let's carry out the work of Mara Salvatrucha, you know? |
| GROUP: | Yes, yes. |
| SUGAR: | Let's all work together, united, you know. Everyone relaxed, watching out for each other. If someone has an issue, or has a problem with another clique, you should approach the Program… UI. In order to carry out the Mara's work, you know. In the end, nowadays, we are losing the culture, you know. Dudes go around saying, "This is my turf," and the enemy is filling up our turfs, you know. So let us focus on the work we must do as MS-13, you know. Because here we all represent the Mara Salvatrucha. The only thing that divides us is our last name, each member of each clique, you know, those are last names, but we all always represent the two letters, you know. |
| GROUP: | Yes, yes. |
| SUGAR: | The issue at hand is that we should lend each other a hand. See how things work there, listen to what the homeboys are telling you, and we are here to |

|  |  |
|---|---|
|  | help all of you homeboys up there, and see how it's going to work. See what you have and put the work out, like I tell you. To put it this way, the cliques keep growing, you know, the cliques up there, the Mara, you know, around there… UI chavalas over there. |
| UM: | Like I tell the dudes, we have to carefully choose the people that are going to be with us, UI, we don't know. We have to select the people we are going to work with, or end it with them, doggie. |
| SUGAR: | Exactly. In other words, that, over there. I think your cliques have chosen you guys as the runners, because you know what time it is with you guys. And at any time that you decide, you grab a kid. Remember that here in El Salvador it's different. Over there, there are some dudes that UI. In El Salvador it's different from up there. Up there the kids say, "I have done this and this and this." When the time comes to kill a son of a bitch that came your way or something, they'll do it, but days later, they are terrified, you know, it's different. Over here, we have to be intelligent. You guys, as the clique runners over there, have to analyze people, observe them, you know. And, if so, yes. Because here, there are three steps the chequeos must take. They make it first to Paro, then to Observation, then to Chequeo until they make it to Homeboy, you know. You have to UI properly and consider carefully whom you are going to take, so that later, you know, all of you won't have to suffer the consequences, you know. |
| UM: | That's right, homeboy. That's how it is. |
| SUGAR: | And those sons of a bitch that unfortunately don't understand that … because you guys know how hot things are, brother, you know. And be very careful, all of you that are there, brother, be very careful, you know, with the culeros that are ratting. So think about it carefully, because in the end UI. And I think this homeboy specifically got the UI. Because sooner or later, the son of a bitch UI, sooner or later he always falls into the claws of the Beast, brother. We wake him up, whether it's up there or down here, we are going to cry for him, because, you know. I'm going to speak very clearly: You must be very careful about who you bring in and talk to, you know, because the fucking pieces of shit up there, brother, have it worked out. They give them a car, they give them UI, and some days later they want to grab them for something, they say "FBI," and the sons of bitches are there, you know, because the FBI gives them a car, gives them money, gives them everything, and when they give them all that, they loosen their tongues, you know. It's the outcome of what they're bringing in. That they're going to kill and then they are two-faced. You have to know all the information, analyze to whom you're going to talk, and if yes, UI, be very careful, because in the end, a son of a bitch that has UI up there, because in the end, we are going to put him on the black list, you know. |

13

UM: That's right. We're carrying a fork. Like I tell the dudes here, just what you're saying, that they must speak clearly to people, because a son of a bitch that betrays someone, we're not going to forgive him here, homeboy.

SUGAR: UI. I'm going to say it clearly over here: the Mara makes him, the Mara removes him.

UM: The other thing…

SUGAR: UI. Just as the Mara makes him, the Mara also removes him. If UI catches him, son of a bitch doesn't understand. They get dirty because they want to, brother. Life is rosy, you know. One must live it properly and stick to the thing that one hears and sees. UI. So, be very careful with all the chequeos, any kid that you have and that you might say something in their presence, you know, that's what I want to talk about to you guys. Be careful.

UM: Okay, homeboy. I also want to mention the subject of the outfits. Going out with a lot of dudes in the street, to get some action, moving, also with the shoes Nike Cortez, bro'.

SUGAR: In other words, that thing about the color, I'm going to tell you something. UI a different system of shoes and all that, but I'm going to tell you something. Over there you have the color of the United States, which is what the gang members want respect UI. Dressed like that, the enemy can see you, the police can arrest you, and boom, to El Salvador. So each one has to look at that, and that issue is great, because I'm going to tell you something. We, as Everett Locos founded in Boston, UI. we're already cutting out all that bullshit from the homeboys of my clique, you know, dressing like that because UI a more intelligent way, you know. Because to live a great life there, one must be humble, you know, to avoid being detected. Because what's the use of going around like that, if within days all this UI and one is sent back here, UI. We must be smart, so that life will be rosy UI. So consider it there, and that thing UI.

UM: These dudes need to explain this to their people, so that they will see that something is going to harm them. One must explain it to them, as the runners of each clique.

SUGAR: Well, that's awesome. It's awesome that you guys start working like this, the cliques over there. Because in the end everyone from the Side, from Boston, New York, everyone UI gang members. But if you guys dress with your sports shoes, UI, the police are going to stop you, because over there UI like in El Salvador.

| | |
|---|---|
| UM: | That's right. |
| SUGAR: | If you have Nike Cortez, then UI. It would be UI and a different culture, you know… |
| UM1: | Homeboy, something else that we need over here has to do with our starting here with cleansing, homeboy, because apparently there are a lot of people here that are no good. We want to start testing them and begin to work with those people, first thing, bro'… |

[CALL DROPS, THEN STARTS AGAIN.]

| | |
|---|---|
| SUGAR: | UI. |
| UM1: | Yes, we also want to finish here, doggie. |
| SUGAR: | UI, we'll be in touch, you know, but let's work together. UI. |
| UM1: | It's like I tell the dudes here, we're very rushed here right now. Let's get to know each other well. I'm going to confront this, I just need these dudes to help me. Whatever problem comes up, I've told them to call me and tell me who it is, and we're going to work together, brother. But until I see that issue, I'm over here. |
| SUGAR: | UI money that's coming from up there UI either way. Create a benefit for all. UI. So that we can invest that money and multiply it and UI with the other cliques |
| UM1: | Yes. |
| SUGAR: | UI to benefit your clique, for the East Coast Program, for the program down here. |

*******

| | |
|---|---|
| UM1: | It's the same here as well. That's what I told you. UI. |
| SUGAR: | UI. You heard what happened to UI… |
| UM: | SUGAR lost his car. |

*******

| | |
|---|---|
| UM: | Yes, to help us both here and over there as equals, because we are a Program. |

15

| | |
|---|---|
| SUGAR: | I'm going to tell you something UI, you know. UI they are around there, and don't have a turf or anything like that. UI. But, if you guys work there with the Program, UI you will contribute something to El Salvador and be well recognized over there. In the future, you will be able to come and pick up a piece. But the Program should run well, you know, and you guys need to fill up that whole zone with cliques. With God's help, we will UI. We did some work there and are picking up a little piece. But, UI "I want this," but no. In the future, God willing, UI… But we have to work at it, you know, UI. |
| UM2: | UI, the bastards. There are enemies everywhere. |
| SUGAR: | We're going to do something, but right now I want to talk to these dudes in the East Side Program. What's happening, Pelon? |
| CW-1: | Not much, doggie. |
| SUGAR: | UI. When you go back to your homeboys |
| CW-1: | That's right. I'm going there. |
| SUGAR: | I want you to meet with your people, brother. So that they don't come here UI. You know… UI. The reality of your clique, brother, because your clique doesn't UI, you know. And I don't know why the homeboys |
| CW-1: | SUGAR you know the whole thing with CASPAR. This is [REDACTED]. What was I told? UI. Me and MUERTO, but we had to UI. So now we are planning, me, MUERTO and CABALLO, we're seniors and we are going to be East Side, but we're going to be like two groups, because we're going to, they never support us here, you know how those dudes are. |
| SUGAR: | Yes, yes. UI. But you also can't talk to me about your clique. UI. Give a name to those people, because UI. UI. Because if they dominate the others and UI. It's not because I am SUGAR, nor that I'm bigger than you guys, no. It's because the Sides pay me to promote you guys, and that's what I do. I am a messenger, and UI. To UI with the dudes from your clique. UI. Help you guys in certain situations, but tell you guys UI. I don't have an issue, but later on, they're the ones who will have to answer for it to the Barrio. You guys have nothing to do with it. I can help in certain situations, but UI, you know.  So that you don't trip in the future. UI. |
| CW-1: | Yes, doggie. Excuse me, but as you know, it's been seven years that I have been thrown out of the gang, supposedly, you know. And he has the big letters and he has his gun, you know, but what happened: Seven years |

16

|        |                                                                                                                                                                                                                                                                                                                                                                                    |
|--------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|        | later, he comes and says he's sorry, so I don't agree with that. That's why I'm here, because I don't agree with that whole thing, Also, UI. |
| SUGAR: | UI. UI has been in Chalate for twenty years. I'm going to tell you something, UI your Side, but over here. UI. Here the program UI Barrio. If Barrio says yes, fine and if not, then it's not |
| CW-1:  | Yes, because as you know, I was in charge of everything there, you know. Although I had some problems there, but I've always taken responsibility, you know. I was sending the money and everything like that, but what they did was UI. So that's why I'm hanging with the Molinos, or, you know, with other cliques, kind of like a fifth wheel there, but, you know, with the dudes. |
| SUGAR: | UI. We always run the two letters, you know. |
| CW-1:  | Okay, SUGAR. We're going to close this meeting, because the dudes want to do something. |

*******